Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Backforty Ventures, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Barrett Beverage**<br>**DBA  Conspirator Beverage** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3815367** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10123 SE Brittany Ct**<br>**Clackamas, OR 97015** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clackamas** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://conspiratorbeverage.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __4248__

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**  .

_Check one:_

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 14, 2023**
              MM / DD / YYYY

**X** /s/ Brice Barrett                              **Brice Barrett**
Signature of authorized representative of debtor      Printed name

Title   **Member**

**18. Signature of attorney**

**X** /s/ Theodore J. Piteo                  Date   **November 14, 2023**
Signature of attorney for debtor                   MM / DD / YYYY

**Theodore J. Piteo**
Printed name

**Michael D. O'Brien & Associates, P.C.**
Firm name

**12909 SW 68th Parkway, Suite 160**
**Portland, OR 97223**
Number, Street, City, State & ZIP Code

Contact phone   **503-786-3800**     Email address   **enc@pdxlegal.com**

**090311 OR**
Bar number and State

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

# United States Bankruptcy Court
### District of Oregon

In re  **Backforty Ventures, LLC** _____   Case No. _____

Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .......................................   $ _____**23,262.00**

Prior to the filing of this statement I have received ..................   $ _____**23,262.00**

Balance Due ....................................................................................   $ _____**0.00**

2.  The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 14, 2023** _____      **/s/ Theodore J. Piteo**
_Date_                                              **Theodore J. Piteo**
                                                    _Signature of Attorney_
                                                    **Michael D. O'Brien & Associates, P.C.**
                                                    **12909 SW 68th Parkway, Suite 160**
                                                    **Portland, OR 97223**
                                                    **503-786-3800  Fax: 503-272-7796**
                                                    **enc@pdxlegal.com**
                                                    _Name of law firm_

---

Debtor name    **Backforty Ventures, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 14, 2023**          X **/s/ Brice Barrett**
                                                  Signature of individual signing on behalf of debtor

                                              **Brice Barrett**
                                              Printed name

                                              **Member**
                                              Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Backforty Ventures, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SaviBank c/o CEO Andy Hunter 1020 S Burlington Blvd Burlington, WA 98233** | | **Misc Distilling Equipment and fixtures including: Commercial Keggerator ($1,000), Misc Lab equipment (2,500), 1x 40 (20k) & 1x 60 (30k) BBL Tanks, Liq** | | **$780,000.00** | **$353,500.00** | **$426,500.00** |
| **Hoyt Construction, Inc. c/o President Rodney Hoyt 33470 SW Chinook Suite 194 Scappoose, OR 97056** | | **Misc Construction Debt** | | | | **$62,292.00** |
| **Three Phase Electric 11490 SE Jennifer St Clackamas, OR 97015** | | **Business Debt** | | | | **$60,000.00** |
| **Craft Canning & Bottling, LLC c/o Amy Brassard, Manager 2321 Argyle St Suite D Portland, OR 97211** | | **Misc Business Services** | | | | **$52,000.00** |
| **Icon Plumbing c/o Manager Travis Carter 1415 Wisteria Rd West Linn, OR 97068** | | **Misc Construction Debt** | | | | **$50,291.00** |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alcohol Tabacco & Trade 1310 G Street, NW, Box 12 Washington, DC 20005 | | Misc Excise Taxes | | | | $42,000.00 |
| Itria Ventures 1000 N West St. Suite 1200 Wilmington, DE 19801 | | Business Debt | | | | $27,500.00 |
| Cascadia Canning 19649 NE San Rafael St Portland, OR 97230 | | Misc Business Debt | | | | $25,000.00 |
| Whitefang Water 110 Rose Lane Suite 104 Frisco, TX 75036 | | Business Debt | | | | $20,475.00 |
| Poss Construction 422 NW 13th Ave Portland, OR 97209 | | Business Debt | | | | $20,000.00 |
| Internal Revenue Service Bankruptcy Notices PO Box 7346 Philadelphia, PA 19101-7346 | | Estimated Taxes | | | | $20,000.00 |
| ABM Equipment 13911 NW 3rd Ct Vancouver, WA 98685 | | Business Debt | | | | $19,152.00 |
| Intuit Quickbooks Loans 2700 Coast Ave Mountain View, CA 94043 | | Business Loan | | | | $17,611.00 |
| Wells Fargo Bank, NA Small Business Lending -Bankruptcy MAC S4101-08C PO Box 29482 Phoenix, AZ 85038-8650 | | Commercial Line of Credit | | | | $17,000.00 |
| Boyter Brothers LLC 12011 NE 99th St Suite 1500 Vancouver, WA 98682 | | Business Debt | | | | $15,402.00 |

Case 23-32765-dwh11     Doc 1     Filed 11/29/23

| Debtor | **Backforty Ventures, LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GH McCulloch, Inc. 18200 SW Pacific Hwy Tualatin, OR 97062** | | **Business Debt** | | | | **$14,561.00** |
| **Wells Fargo Card Services Wells Fargo Bank, N.A. PO Box 10438 - MAC F8235-02F Des Moines, IA 50306-0438** | | **Business Debt** | | | | **$14,000.00** |
| **Lizardo Ventures, LLC 1769 Naches Wenas Rd Selah, WA 98942** | | **Business Debt** | | | | **$12,261.00** |
| **Intelekia Law Group 920 SW 6th Ave Suite 1200 Portland, OR 97204** | | **Misc Legal Services** | | | | **$12,208.00** |
| **Kaiser Permanente Northwest Bankruptcy Dept 7201 N. Interstate Avenue Portland, OR 97217-5523** | | **Misc Business Debt** | | | | **$12,000.00** |

Case 23-32765-dwh11     Doc 1     Filed 11/29/23

Fill in this information to identify the case:

Debtor name    **Backforty Ventures, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................    $        **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................    $        **430,424.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................    $        **430,424.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $        **863,000.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $        **62,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$        **1,601,995.50**

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b        $        **2,526,995.50**

**Fill in this information to identify the case:**

Debtor name    **Backforty Ventures, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

   ☑ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

   7.1.   **Bank Account at Wells Fargo - Checking (Using Backforty Brands, LLC Account due to Debtor account being closed in July 2023)**      $1,923.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.    **Total of Part 2.**      $1,923.00
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Misc Distilling Materials** | | **$0.00** | | **$500.00** |
| 20. | **Work in progress**<br>**Misc Distilling in Progress** | | **$0.00** | | **$3,500.00** |
| 21. | **Finished goods, including goods held for resale**<br>**Products ready to sell -**<br>**No standing inventory** | | **$0.00** | | **$0.00** |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

| | |
|---|---|
| | **$4,000.00** |

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

39. **Office furniture**

| Misc Office Furniture | $0.00 | | $1,000.00 |
|---|---|---|---|

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                      | $1,000.00 |
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Freightliner 26 Ft Box Truck** | $0.00 | | $70,000.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Misc Distilling Equipment and fixtures including: Commercial Keggerator ($1,000), Misc Lab equipment (2,500), 1x 40 (20k) & 1x 60 (30k) BBL Tanks, Liquor Still (500 Gl) ($50,000), Chiller (100k) & Boiler (50k), Cellar Control Systems (10k), misc connecting equipment, clamps, misc pieces and motors, compressors and other parts (50k), Grist Conveyance, Mill, & Hopper (30k), Dissolved Oxygen Meter (10k) & Pasteurizer (subject to surrender)** | $0.00 | | $353,500.00 |

51. **Total of Part 8.**                                                    | $423,500.00 |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Trademark for Beverage Sales** | $0.00 | | $1.00 |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                               | $1.00 |

       Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Potential Claims against Pneumatic Scale Angelus**      **Unknown**

   Nature of claim _____
   Amount requested      **$0.00**

   **Potential Claims against Marks Metalworks for replevening property that did not belong to them (Celler control System items)**      **Unknown**

   Nature of claim _____
   Amount requested      **$0.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **Misc Leased Property - Grain SIlo, 6x 40 BBL Tanks, Canning Line, Aanton Paar Alcolyzer - No Debtor ownership value**      **$0.00**

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.      **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,923.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $423,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $430,424.00   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $430,424.00 |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

**Fill in this information to identify the case:**

Debtor name    **Backforty Ventures, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| | | |
|---|---|---|
| **2.1**   **Alliance Funding Group** <br> Creditor's Name <br><br> **c/o RA Corporation Service Co** <br> **PO Box 2576** <br> **Springfield, IL 62708** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **Leased business equipment: Fermenter Tanks and Silo and working capital loan** <br><br><br> **Describe the lien** <br> **UCC Filing** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown**     **Unknown** |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |

| | | |
|---|---|---|
| **2.2**   **Astraeus Purveyors, Inc.** <br> Creditor's Name <br><br> **c/o President Victoria Pustynsky** <br> **3772 SE 9th Ave** <br> **Portland, OR 97202** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **Equipment - Pasteurizer** <br><br><br> **Describe the lien** <br> **Purchase Money Security** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$25,000.00**     **Unknown** |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CIT Auto Finance** | Describe debtor's property that is subject to a lien | $58,000.00 | $70,000.00 |

Creditor's Name

**c/o First Citizens Bank and Trust Co**
**239 Fayetteville St**
**Raleigh, NC 27601**
Creditor's mailing address

**Freightliner 26 Ft Box Truck**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Misc Business Assets**

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CT Corporation System** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**330 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**

**Misc Business Equipment**

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/5/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

---

| 2.6 | **Lien Solutions** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Misc Business Equipment**

**PO Box 29071**
**Glendale, CA 91209-9071**

Creditor's mailing address

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

---

| 2.7 | **Northstar Leasing** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Leased canning line**

**PO Box 4505**
**Burlington, VT 05406**

Creditor's mailing address

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

□ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

| 2.8 | **SaviBank** | Describe debtor's property that is subject to a lien | $780,000.00 | $353,500.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Misc Distilling Equipment and fixtures
including: Commercial Keggerator ($1,000),
Misc Lab equipment (2,500), 1x 40 (20k) & 1x
60 (30k) BBL Tanks, Liquor Still (500 Gl)
($50,000), Chiller (100k) & Boiler (50k), Cellar
Control Systems (10k),**

**c/o CEO Andy Hunter
1020 S Burlington Blvd
Burlington, WA 98233**
Creditor's mailing address

Describe the lien
**UCC Filing**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $863,000.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alliance Funding Group<br>17542 17th Street<br>Suite 200<br>Tustin, CA 92780** | Line  **2.1** | |
| **CT Corporation System<br>Attn: SPRS<br>330 N. Brand Blvd., Suite 700<br>Glendale, CA 91203** | Line  **2.6** | |
| **Gleaves Swearingen LLP<br>975 Oak St<br>Suite 800<br>Eugene, OR 97401** | Line  **2.8** | |
| **Lane Powell PC<br>601 SW 2nd Ave<br>Suite 2100<br>Portland, OR 97204** | Line  **2.1** | |

Case 23-32765-dwh11   Doc 1   Filed 11/29/23

**Peoples Bank**
**747 Pine Street**
**Burlington, VT 05401**

Line  **2.7**

---

**SBA Portland District**
**Bankruptcy Notice**
**620 SW Main Street., Suite 313**
**Portland, OR 97205**

Line  **2.8**

---

**Fill in this information to identify the case:**

Debtor name   **Backforty Ventures, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42,000.00** | **$0.00** |
|---|---|---|---|---|

2.1 **Alcohol Tabacco & Trade**
**1310 G Street, NW,**
**Box 12**
**Washington, DC 20005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$42,000.00**     Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Misc Excise Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.2 **Clackamas County Assessor**
**150 Beavercreek Rd**
**Oregon City, OR 97045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Total claim **$0.00**     Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,000.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Internal Revenue Service**
**Bankruptcy Notices**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Estimated Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Oregon Department Of Revenue**
**Bankruptcy Notice Dept.**
**955 Center Street,  NE**
**Salem, OR 97301-2555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,152.00** |
|---|---|---|---|

**ABM Equipment**
**13911 NW 3rd Ct**
**Vancouver, WA 98685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,602.00** |
|---|---|---|---|

**Alliant Systems**
**351 NW 12th Ave**
**Portland, OR 97209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,447.00** |
|---|---|---|---|

**American Express Bank FSB**
**Bankruptcy Notices**
**4315 S. 2700 W.**
**Salt Lake City, UT 84184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,402.00** |
|---|---|---|---|

**Boyter Brothers LLC**
**12011 NE 99th St**
**Suite 1500**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243,298.00** |
|---|---|---|---|

**Brice Barrett**
**1435 SE Salmon St**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,632.00** |
|---|---|---|---|

**Britton Excavating**
**4721 NE 148th ave**
**Portland, OR 97230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,566.00** |
|---|---|---|---|

**Carlson Testing, Inc**
**8430 SW Hunziker**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Cascadia Canning**
**19649 NE San Rafael St**
**Portland, OR 97230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Misc Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,046.00** |
|---|---|---|---|

**Central Welding Supply**
**2313 NE Martin Luther King Jr. Dr.**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,521.00** |
|---|---|---|---|

**Chase Bank Card Services**
**Bankruptcy Notices**
**PO Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Clackamas Water Enviromental Services**
**150 Beavercreek Rd**
**Oregon City, OR 97045**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,000.00 |
|---|---|---|---|

**Craft Canning & Bottling, LLC**
**c/o Amy Brassard, Manager**
**2321 Argyle St**
**Suite D**
**Portland, OR 97211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc Business Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,000.00 |
|---|---|---|---|

**Elisabeth Sabini**
**3230 Virgil Ln**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Broken Lease & Loan to Company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Falcon Tree Experts**
**5185 Verda Ln NE**
**Salem, OR 97303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,773.00 |
|---|---|---|---|

**General Labor and Ind Staffing Solutions**
**13219 SE McLoughlin Blvd**
**Suite C**
**Portland, OR 97222**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,561.00 |
|---|---|---|---|

**GH McCulloch, Inc.**
**18200 SW Pacific Hwy**
**Tualatin, OR 97062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,687.50 |
|---|---|---|---|

**Gipe Structural Engineering, LLC**
**521 SE Morgan Ct**
**Madras, OR 97741**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Hendrickson & Associates**
**22804 SW Forest Creek Dr**
**Suite 102**
**Sherwood, OR 97140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,300.00** |
|---|---|---|---|

**High-Proof, LLC**
**c/o Karen Locke, Agent**
**1017 SW Morrison St**
**Suite 316**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,292.00** |
|---|---|---|---|

**Hoyt Construction, Inc.**
**c/o President Rodney Hoyt**
**33470 SW Chinook**
**Suite 194**
**Scappoose, OR 97056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc Construction Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,291.00** |
|---|---|---|---|

**Icon Plumbing**
**c/o Manager Travis Carter**
**1415 Wisteria Rd**
**West Linn, OR 97068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc Construction Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,208.00** |
|---|---|---|---|

**Intelekia Law Group**
**920 SW 6th Ave**
**Suite 1200**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,611.00** |
|---|---|---|---|

**Intuit Quickbooks Loans**
**2700 Coast Ave**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,500.00** |
|---|---|---|---|

**Itria Ventures**
**1000 N West St.**
**Suite 1200**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |

**Kaiser Permanente Northwest**
**Bankruptcy Dept**
**7201 N. Interstate Avenue**
**Portland, OR 97217-5523**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |

**Kevin Sundberg CPA, LLC**
**735 Terrace Dr**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc Professional Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |

**Kolitch Romano Atty At Law**
**621 SW Morrison St**
**Suite 1100**
**Portland, OR 97205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,261.00 |

**Lizardo Ventures, LLC**
**1769 Naches Wenas Rd**
**Selah, WA 98942**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**Lori Olund**
**9671 SE Nicholas Dr**
**Happy Valley, OR 97086**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Business**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $559,318.00 |

**Marks Design and Metalworks, LLC**
**c/o Mary Novak-Jandrey**
**2601 West 26th Ave**
**Vancouver, WA 98660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Break Damages**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mitsubishi HC Capital America, Inc**
**7201 Metro Blvd**
**Suite 800**
**Minneapolis, MN 55439**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Misc Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,603.00** |
| | **Myers Electric & Automation** | ☐ Contingent | |
| | **223 E Reserve St** | ☐ Unliquidated | |
| | **Suite 107** | ☐ Disputed | |
| | **Vancouver, WA 98661** | | |
| | | Basis for the claim:  **Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,555.00** |
| | **Panel Machinery Controls** | ☐ Contingent | |
| | **5409 SE International Way** | ☐ Unliquidated | |
| | **Suite A** | ☐ Disputed | |
| | **Portland, OR 97222** | | |
| | | Basis for the claim:  **Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **PGE** | ☐ Contingent | |
| | **PO Box 4438** | ☐ Unliquidated | |
| | **Portland, OR 97208** | ☐ Disputed | |
| | | Basis for the claim:  **Precautionary** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
| | **Poss Construction** | ☐ Contingent | |
| | **422 NW 13th Ave** | ☐ Unliquidated | |
| | **Portland, OR 97209** | ☐ Disputed | |
| | | Basis for the claim:  **Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.00** |
| | **Premier Plumbing** | ☐ Contingent | |
| | **1705 Redwood Ct** | ☐ Unliquidated | |
| | **Forest Grove, OR 97116** | ☐ Disputed | |
| | | Basis for the claim:  **Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
| | **Three Phase Electric** | ☐ Contingent | |
| | **11490 SE Jennifer St** | ☐ Unliquidated | |
| | **Clackamas, OR 97015** | ☐ Disputed | |
| | | Basis for the claim:  **Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,187.00** |
| | **Tim Robinson** | ☐ Contingent | |
| | **22362 S Grapevine** | ☐ Unliquidated | |
| | **West Linn, OR 97068** | ☐ Disputed | |
| | | Basis for the claim:  **Loan to Business** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,027.00 |
|---|---|---|---|

**United Rentals**
**14020 SW 72nd Ave**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Business Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|

**Wells Fargo Bank, NA**
**Small Business Lending -Bankruptcy**
**MAC S4101-08C**
**PO Box 29482**
**Phoenix, AZ 85038-8650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Commercial Line of Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Wells Fargo Card Services**
**Wells Fargo Bank, N.A.**
**PO Box 10438 - MAC F8235-02F**
**Des Moines, IA 50306-0438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Business Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,475.00 |
|---|---|---|---|

**Whitefang Water**
**110 Rose Lane**
**Suite 104**
**Frisco, TX 75036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Business Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Clackamas County District Attorney**<br>**c/o John Wentworth**<br>**807 Main St.**<br>**Oregon City, OR 97045** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Department of Treasury**<br>**Bureau of the Fiscal Service**<br>**PO Box 830794**<br>**Birmingham, AL 35283-0794** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Ellen F. Rosenblum,  Attorney General**<br>**Civil Service Processing**<br>**100 Justice Building**<br>**1162 Court Street, NE**<br>**Salem, OR 97310** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Farleigh Wada Witt**<br>**c/o Margot Seitz**<br>**121 SW Morrison St., Ste. 600**<br>**Portland, OR 97204** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Internal Revenue Service**<br>**Insolvency 3 M/S 0240**<br>**1220 SW 3rd Avenue**<br>**Portland, OR 97204** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michael J. Kavanaugh**<br>**Attorney At Law**<br>**9320 SW Barbur Blvd**<br>**Suite 130**<br>**Portland, OR 97219** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Sussman Shank LLP**<br>**c/o Attorney Tyler Volm**<br>**1000 SW Broadway, Ste. 1400**<br>**Portland, OR 97205** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **US Attorney -Oregon**<br>**Attn: Civil Process Clerk**<br>**1000 SW 3rd Ave., #600**<br>**Portland, OR 97204** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **US Attorney -Oregon**<br>**Attn: Civil Process Clerk**<br>**1000 SW 3rd Ave., #600**<br>**Portland, OR 97204** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **US Attorney General**<br>**Attn: Merrick Garland**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Vulin Wilkinson LLC**<br>**1826 NE Broadway**<br>**Portland, OR 97232** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Vulin Wilkinson LLC**<br>**1826 NE Broadway**<br>**Portland, OR 97232** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 62,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,601,995.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,663,995.50 |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

**Fill in this information to identify the case:**

Debtor name      **Backforty Ventures, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for 6x Used 40 BBL Conical Fermenters - $3030/month - Assume 42 months**<br><br>**Alliance Funding Group<br>c/o RA Corporation Service Co<br>PO Box 2576<br>Springfield, IL 62708** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for Grain Silo - $1919.00/month - Reject**<br><br>**44 months**<br><br>**Alliance Funding Group<br>c/o RA Corporation Service Co<br>PO Box 2576<br>Springfield, IL 62708** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease on operations facility at $4,500 a month. - Assume**<br><br>**1 year**<br><br>**Miles Holdings - Oregon City, LLC<br>11401 SE Jennifer St.<br>Clackamas, OR 97015** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for Canning and Packaging Line - $14,702/month - Assume**<br><br>**49 months**<br><br>**Northstar Leasing<br>PO Box 4505<br>Burlington, VT 05406** |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease at $866.54/month for Anton Paar Equipment - Assume** | |
|---|---|---|---|
| | State the term remaining | **53 months** | **Providence Capital Funding, Inc** |
| | List the contract number of any government contract | | **2951 Saturn St, Suite E** |
| | | | **Brea, CA 92821** |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brice Barrett** | **1435 SE Salmon St**<br>**Portland, OR 97214** | **SaviBank** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Brice Barrett** | **1435 SE Salmon St**<br>**Portland, OR 97214** | **Northstar Leasing** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Brice Barrett** | **1435 SE Salmon St**<br>**Portland, OR 97214** | **Alliance Funding Group** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Brice Barrett** | **1435 SE Salmon St**<br>**Portland, OR 97214** | **Craft Canning & Bottling, LLC** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.5 | **Brice Barrett** | **1435 SE Salmon St**<br>**Portland, OR 97214** | **High-Proof, LLC** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| Debtor | **Backforty Ventures, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Brice Barrett** | **1435 SE Salmon St**<br>**Portland, OR 97214** | **Itria Ventures** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.7 | **Tim Robinson** | **22362 S Grapevine**<br>**West Linn, OR 97068** | **Northstar Leasing** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Tim Robinson** | **22362 S Grapevine**<br>**West Linn, OR 97068** | **Alliance Funding Group** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Tim Robinson** | **22362 S Grapevine**<br>**West Linn, OR 97068** | **Itria Ventures** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

Debtor name **Backforty Ventures, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$504,071.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$658,821.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$88,071.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Tim Robinson 22362 S Grapevine Columbia City, OR 97018 Insider** | **6/2023** | **$5,000.00** | **Short Term Loan and Repayment (less than 30 days)** |
| 4.2. **Elisabeth Sabini 3230 Virgil Ln Santa Cruz, CA 95062 Insider** | **Monthly Rent in the last year** | **$43,000.00** | **Rent Payments for Building Lease** |
| 4.3. **Marks Design and Metalworks, LLC c/o Mary Novak-Jandrey 2601 West 26th Ave Vancouver, WA 98660 Insider** | **Monthly payment in last year** | **$108,000.00** | **For leased equipment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Marks Design and Metalworks, LLC c/o Mary Novak-Jandrey 2601 West 26th Ave Vancouver, WA 98660** | **Misc Leased Equipment** | **September 2023** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Icon Plumbing LLC v. Backforty Ventures, LLC et al 23CV01032** | **Contract Action** | **Clackamas County Circuit Court 807 Main Street Oregon City, OR 97045** | ■ Pending ☐ On appeal ☐ Concluded |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Hoyt Construction Inc v. Backforty Ventures, LLC**<br>23CV25136 | **Contract Action** | Clackamas County Circuit Court<br>807 Main Street<br>Oregon City, OR 97045 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Marks Design and Metalworks LLC v. Backforty Ventures, LLC**<br>23CV28890 | **Contract Action** | Multnomah County Circuit Court<br>1200 SW 1st Ave<br>Portland, OR 97204 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **Craft Canning & Printing v. Backforty Ventures, LLC et. al.**<br>23CV35997 | **Contract Action** | Multnomah County Circuit Court<br>1200 SW 1st Ave<br>Portland, OR 97204 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Alliance Funding Group vs. Backforty Ventures, LLC et. al.**<br>23CV41832 | **Contract Action** | Multnomah County Circuit Court<br>1200 SW 1st Ave<br>Portland, OR 97204 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **High-Proof, LLC v. Backforty Ventures, LLC et al**<br>23SC32934 | **Contract Action** | Multnomah County Circuit Court<br>1200 SW 1st Ave<br>Portland, OR 97204 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Case 23-32765-dwh11     Doc 1     Filed 11/29/23

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Michael D. O'Brien, & Associates, P.C.** **12909 SW 68th Parkway, Suite 160** **Portland, OR 97223** | | **Prior to filing** | **$23,262.00** |
| | Email or website address **www.pdxlegal.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Wells Fargo Bank**<br>**POB 10436**<br>**MAC F8235-02F**<br>**Des Moines, IA 50306** | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed July 2023** | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Miles Holdings**<br>**1516 Main St**<br>**Oregon City, OR 97045** | **Brice Barrett & Facility Owner** | **Surplus Supplies and Liquor Still** | ☐ No<br>☑ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Gatsby Spirits LLC**<br>**10123 SE Brittany Ct**<br>**Clackamas, OR 97015** | **same** | **Misc Distilling Equipment**<br>**held on site at facility** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Plant Botanicals**<br>**1169 VIA DE LA PAZ**<br>**Pacific Palisades, CA 90272** | **Facility** | **Misc finished goods** | **Unknown** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Kevin Sundberg CPA, LLC**<br>**735 Terrace Dr**<br>**Lake Oswego, OR 97034** | **2019-Current** |
| 26a.2. **Elisabeth Sabini**<br>**3230 Virgil Ln**<br>**Santa Cruz, CA 95062** | **7/2023 - 10/2023** |
| 26a.3. **Michelle Cook**<br>**10123 SE Brittany Ct**<br>**Clackamas, OR 97015** | **2022 - 6/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Kevin Sundberg CPA, LLC**<br>**735 Terrace Dr**<br>**Lake Oswego, OR 97034** | |
| 26c.2. **Brice Barrett**<br>**3916 SE Harrison St**<br>**Portland, OR 97214** | |
| 26c.3. **Elisabeth Sabini**<br>**3230 Virgil Ln**<br>**Santa Cruz, CA 95062** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Backforty Brands, LLC** | **10123 SE Brittany Ct**<br>**Clackamas, OR 97015** | **Member** | **97%** |

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Tim Robinson | 22362 S Grapevine Columbia City, OR 97018 | Member | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Brice Barrett | 3916 SE Harrison St Portland, OR 97214 | Member | 2% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Case 23-32765-dwh11    Doc 1    Filed 11/29/23

___

**Part 14:**  Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __November 14, 2023_____

__/s/ Brice Barrett_____          __Brice Barrett_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Member_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Oregon

In re    **Backforty Ventures, LLC**                      Case No. _____

                                     Debtor(s)           Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Backforty Brands, LLC**<br>**10123 SE Brittany Ct**<br>**Clackamas, OR 97015** | | **97%** | **Member** |
| **Brice Barrett**<br>**1435 SE Salmon St**<br>**Portland, OR 97214** | | **2%** | **Member** |
| **Tim Robinson**<br>**22362 S Grapevine**<br>**West Linn, OR 97068** | | **1%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 14, 2023** _____       Signature   **/s/ Brice Barrett**

                                                                   **Brice Barrett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Oregon

In re    **Backforty Ventures, LLC**                 Case No. _____

                           Debtor(s)         Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **November 14, 2023**                 **/s/ Brice Barrett** _____

                                                **Brice Barrett**/**Member**
                                                Signer/Title

# United States Bankruptcy Court
### District of Oregon

In re    **Backforty Ventures, LLC**                            Case No. _____

                                     Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Backforty Ventures, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Backforty Brands, LLC
10123 SE Brittany Ct
Clackamas, OR 97015**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 14, 2023** | **/s/ Theodore J. Piteo** |
| Date | **Theodore J. Piteo** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Backforty Ventures, LLC** |
| | **Michael D. O'Brien & Associates, P.C.** |
| | **12909 SW 68th Parkway, Suite 160** |
| | **Portland, OR 97223** |
| | **503-786-3800 Fax:503-272-7796** |
| | **enc@pdxlegal.com** |